IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| WILLIAM CRAFT,<br><br>    Plaintiff,<br><br>vs.<br><br>LOWELL BURRIS, et al.,<br><br>    Defendant. | CV  16-166-BLG-TJC<br><br><br>**ORDER OF DISMISSAL**<br>**WITH PREJUDICE** |

Pursuant to the parties' Stipulation to Dismiss with Prejudice (Doc. 52), and

good cause appearing,

IT IS HEREBY ORDERED that this action is dismissed with prejudice, with

each party to bear their own attorneys' fees and costs.

DATED this 30th day of September, 2020.

_____
TIMOTHY J. CAVAN
United States Magistrate Judge